**HALPER SADEH LLP**
Zachary Halper, Esq.
36 Kingston Run
North Brunswick, NJ 08902
Tel: (212) 763-0060
Fax: (646) 776-2600
Email: zhalper@halpersadeh.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES HONE,<br><br>        Plaintiff,<br><br>        v.<br><br>STEIN MART, INC., JAY STEIN, D. HUNT HAWKINS, MARYANN MORIN, IRWIN COHEN, THOMAS L. COLE, TIMOTHY COST, LISA GALANTI, RICHARD L. SISISKY, and BURTON M. TANSKY,<br><br>        Defendants. | Case No: 2:20-cv-02754-KM-JBC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Hone hereby voluntarily dismisses the above-captioned action without prejudice. Defendants have not served an answer or a motion for summary judgment.

Dated: May 18, 2020                              Respectfully submitted,

                                      **HALPER SADEH LLP**

                                      /s/Zachary Halper
                                      Zachary Halper, Esq.
                                      36 Kingston Run
                                      North Brunswick, NJ 08902
                                      Telephone: (212) 763-0060
                                      Facsimile: (646) 776-2600
                                      Email: zhalper@halpersadeh.com

                                      *Counsel for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Zachary Halper

Zachary Halper